**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: GARY CARNELL HOLMAN                    CHAPTER 13 NO: 20-02369-JAW

**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS**

PLEASE TAKE NOTICE that the above-referenced Debtor(s) have made all plan payments required to complete the confirmed Chapter 13 plan, filed in the above-styled and numbered bankruptcy proceeding.

Respectfully Submitted, this the **3rd** day of **November 2025.**

                                      /s/Torri Parker Martin
                                      Torri Parker Martin
                                      Chapter 13 Trustee
                                      200 North Congress St., Suite 400
                                      Jackson, MS 39201
                                      Tel: 601-981-9100
                                      Fax: 601-981-1983