IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Debtor: **GARY CARNELL HOLMAN**                           Case No.:**20-02369-JAW**
                                                                                               Chapter 13

## Notice of Final Cure Payment

Pursuant to Fed. Bankr. Rule 3002.1(f) the Trustee files notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor**: **CARRINGTON MORTGAGE SERVICES, LLC**
**Court Claim Register No.: 7-1**

**Last four digits** of any number used to identify the Debtor's account:**3549**

| Final Cure Amount | |
|---|---|
| Amount of Pre-Petition | $975.36 |
| Amount Paid by Trustee | $975.36 |

| Monthly Ongoing Mortgage Payment | |
|---|---|
| Mortgage is Paid: | |
| Through the Chapter 13 conduit | **XX** Direct by the Debtor(s) |

Within 21 days of the service of the Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the Debtor is otherwise current on all payment or be subject to further actions of the Court, including possible sanctions.

DATED: November 4, 2025                    /s/ Torri Parker Martin
                                                              Torri Parker Martin,
                                                              CHAPTER 13 TRUSTEE
                                                              200 North Congress St., Suite 400
                                                              Jackson, MS 39201
                                                              Ofc: (601) 981-9100
                                                              Fax: (601) 981-1983
                                                              Email: tpm@tpmartinch13.com

## **CERTIFICATE OF SERVICE**

I, Torri Parker Martin, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Notice to the following, all by electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

Thomas Carl Rollins, Jr., Esq.
trollins@therollinsfirm.com

Carrington Mortgage Services, LLC
1600 South Douglas Rd.
Anaheim, CA 92806

Carrington Mortgage Services, LLC
P.O. Box 3730
Anaheim, CA 92806

Underwood Law Firm PLLC
P.O. Box 16852
Jackson, MS 39201

Underwood Law Firm PLLC
190 East Capital Street, Ste. 650
Jackson, MS 39201

Gary Carnell Holman
284 Walnut Street
Macon, MS 3341

DATED: November 4, 2025                    /s/ Torri Parker Martin
                                           Torri Parker Martin