**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Gary Carnell Holman, Debtor                    Case No. 20-02369-JAW
                                                                                                                                           **Chapter 13**

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

    prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:   **/s/ Gary Carnell Holman**                                                                                        **11/04/2025**
            Gary Carnell Holman                                                                                                   Date


**/s/ Thomas C. Rollins, Jr.**                                                                                                       **11/05/2025**
Thomas C. Rollins, Jr., MS Bar No. 103469                                                                   Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

    On November 5, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                                   **/s/ Thomas C. Rollins, Jr.**
                                                                    Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-02369-JAW |
|---|---|
| GARY CARNELL HOLMAN | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 11/5/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/5/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>GARY CARNELL HOLMAN | CASE NO: 20-02369-JAW<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13 |

On 11/5/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/5/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-02369-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED NOV 5 9-31-27 PST 2025 | ALLY FINANCIAL CO AIS PORTFOLIO SERVICES  L<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ALLY FINANCIAL  CO AIS PORTFOLIO SERVICES<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| EXCLUDE<br>(U)DEUTSCHE BANK NATIONAL TRUST COMPANY  AS IND | EXCLUDE<br>US BANKRUPTCY COURT<br>THAD COCHRAN US COURTHOUSE<br>501 E COURT STREET<br>SUITE 2300<br>JACKSON  MS 39201-5036 | 1ST FRANKLIN<br>3189 E HWY 45 N<br>COLUMBUS  MS 39705-1251 |
| 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMINISTRATIVE SERVICES<br>PO BOX 880<br>TOCCOA  GA 30577-0880 | ALLY FINANCIAL<br>PO BOX 380901<br>BLOOMINGTON  MN 55438-0901 | ALLY FINANCIAL<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 |
| AMERICAN INFOSOURCE<br>PO BOX 248838<br>OKLAHOMA CITY  OK 73124-8838 | BAPTIST MEMORIAL HOSPI<br>2520 FIFTH ST N<br>COLUMBUS  MS 39705-2095 | (P)CARRINGTON MORTGAGE SERVICE LLC<br>1600 S DOUGLAS RD SUITE 110<br>ANAHEIM CA 92806-5951 |
| COLUMBUS UROLOGY<br>CO FRANKLIN COLLECTION SERVICE<br>PO BOX 3910<br>TUPELO  MS 38803-3910 | COMENITY BANK<br>PO BOX 183044<br>COLUMBUS  OH 43218-3044 | CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS  NV 89193-8873 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>CO CHARLES FRANK FAIR BARBOUR<br>UNDERWOOD LAW FIRM PLLC<br>PO BOX 16852<br>JACKSON  MS 39236-6852 | EXCLUDE<br>(D)(P)CARRINGTON MORTGAGE SERVICE LLC<br>1600 S DOUGLAS RD SUITE 110<br>ANAHEIM CA 92806-5951 | DIRECTV<br>PO BOX 78626<br>PHOENIX  AZ 85062-8626 |
| FED LOAN SERV<br>POB 60610<br>HARRISBURG  PA 17106-0610 | FRANKLIN COLLECTION<br>PO BOX 3910<br>TUPELO  MS 38803-3910 | KING LOAN SERVICES  INC  FKA<br>UNITED CREDIT CORP OF LOUISVILLE<br>2400 N HILL STREET SUITE C<br>MERIDIAN  MS 39305-2661 |
| MS DEPARTMENT OF EMPLOYMENT SECURITY<br>PO BOX 1699<br>JAKSON  MS 39215-1699 | MASHELL HOLMAN<br>9 ELMORE ST<br>COLUMBUS  MS 39702-7398 | MIDLAND CREDIT MANAGEM<br>PO BOX 60578<br>LOS ANGELES  CA 90060-0578 |
| MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT  INC AS AGENT<br>MIDLAND FUNDING  LLC<br>PO BOX 2011<br>WARREN  MI 48090-2011 | ONE MAIN FINANCIAL<br>1425 LAKELAND DR<br>STE 120A<br>JACKSON  MS 39216-4725 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

EXCLUDE

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

REPUBLIC FINANCE
PO BOX 263
BROOKHAVEN MS 39602-0263

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON MS 39201-5022

WEBBANK
215 S STATE ST
STE 1000
SALT LAKE CIT UT 84111-2336

DEBTOR

GARY CARNELL HOLMAN
284 WALNUT ST
MACON MS 39341-2730

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767

EXCLUDE

TORRI PARKER MARTIN
TORRI PARKER MARTIN CHAPTER 13 BANKRUPT
200 NORTH CONGRESS STREET STE 400
JACKSON MS 39201-1902