**Fill in this information to identify the case:**

Debtor 1: Gary Carnell Holman aka Gary Carroll Holman aka Gary C. Holman

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi
(State)

Case number: 20-02369-JAW

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-3

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 3549

**Property address:** 284 Walnut St.
Number   Street

Macon, MS  39341
City   State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  __/__/____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 350.00

c. **Total**. Add lines a and b.   (c) $ 350.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   11 / 1 / 2025
MM / DD / YYYY

Form 4100R   **Response to Notice of Final Cure Payment**   page 1

| Debtor 1 | Gary Carnell Holman aka Gary Carroll Holman aka Gary C. Holman | Case number (*if known*) | 20-02369-JAW |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

❑ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Charles Frank Fair Barbour
Signature

Date 11/19/2025

Print  Charles Frank Fair Barbour
First Name   Middle Name   Last Name

Title  Attorney MSB #99520

Company  Underwood Law Firm PLLC

*If different from the notice address listed on the proof of claim to which this response applies:*

Address  Post Office Box 1874
Number   Street

Madison, Mississippi  39130
City   State   ZIP Code

Contact phone  ( 601 ) 981 – 7773

Email cbarbour@underwoodlawfirm.com

## **CERTIFICATE OF SERVICE**

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

Torri Parker Martin at tpm@tpmartinch13.com

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

I further certify that a true and correct copy of the foregoing was mailed to Debtor(s) at 284 Walnut St., Macon, MS 39341.

This the 19th day of November, 2025.

/s/ Charles Frank Fair Barbour
MSB #99520