## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**

**CHAPTER 13:**

**GARY CARNELL HOLMAN**

**CASE NO. 20-02369-JAW**

### TRUSTEE'S MOTION FOR AN ORDER DECLARING, CARRINGTON MORTGAGE SERVICES, LLC 1322(B) (5) CLAIM DEFAULTS CURED PURSUANT TO THE AMENDED PROOF OF CLAIM FILED ON OCTOBER 29, 2020

COMES NOW, Torri Parker Martin, and files this, her Motion for an Order Declaring the claim held by the following named creditor as current and all pre-petition arrearage cured pursuant to the Amended Proof of Claim filed on October 29, 2020 and in support thereof, would show unto the Court the following:

> Creditor:  Carrington Mortgage Services, LLC
> 1600 South Douglas Road
> Anaheim, CA 92806

1. The Court confirmed the Debtor's case on November 20, 2020.

2. The confirmed plan provided for the regular payment to Carrington Mortgage Services, LLC to be paid outside the plan.

3. The Proof of Claim filed by Carrington Mortgage Services, LLC provided for a monthly payment of $414.67 to be paid outside the plan beginning November 2020 .

4. The Proof of Claim filed by Carrington Mortgage Services, LLC identified pre-petition arrearage in the amount of $975.36 payable via the plan.

5. All payments required by the Trustee via the Proof of Claim have been paid in full and pre-petition arrearage should be deemed current..

**WHEREFORE, PREMISES CONSIDERED**, Trustee prays this Motion Declaring Claim Defaults Cured be received and filed and at the hearing hereon an Order be entered declaring

the obligation owing to the above-named creditor is deemed current pursuant to the Proof of Claim filed by the creditor and all defaults are cured, and for such other, further, and general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: November 20, 2025

Respectfully submitted,

/s/Torri Parker Martin
TORRI PARKER MARTIN
CHAPTER 13 TRUSTEE
200 North Congress St., Suite 400
Jackson, MS  39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Torri Parker Martin, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Motion to the following, all by electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

Thomas Carl Rollins, Jr., Esq.
trollins@therollinsfirm.com

Carrington Mortgage Services, LLC
1600 South Douglas Rd.
Anaheim, CA 92806

Carrington Mortgage Services, LLC
P.O. Box 3730
Anaheim, CA 92806

Underwood Law Firm PLLC
P.O. Box 1874
Madison. MS 39130

Gary Carnell Holman
284 Walnut Street
Macon, MS 3341

DATED: November 20, 2025

/s/ Torri Parker Martin
Torri Parker Martin