# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13:

GARY CARNELL HOLMAN                                        CASE NO. 20-02369-JAW

### NOTICE OF MOTION FOR AN ORDER DECLARING CARRINGTON MORTGAGE SERVICES, LLC (B)(5) CLAIM DEFAULTS CURED PURSUANT TO THE PROOF OF CLAIM FILED ON OCTOBER 29, 2020

**YOU ARE HEREBY NOTIFIED** that a written response on the attached Trustee's Motion Declaring Claim Defaults Cured (Docket #81) must be filed with the Clerk, U.S. Bankruptcy Court, 501 East Court Street, Suite 2.300, Jackson, MS 39201; with a copy to the undersigned Chapter 13 Trustee, Torri Parker Martin, 200 North Congress Street, Suite 400, Jackson, MS 39201; on or before twenty-one (21) days from the date of this Notice.

If no objection is timely filed, the Court may enter an Order Declaring Arrearage Claim Paid via the Plan Current. In the event a written response is filed, the Court will notify you of the date, time, and place of the hearing thereon.

DATED: November 20, 2025                    Respectfully submitted,

/s/ Torri Parker Martin, Esq.
TORRI PARKER MARTIN
CHAPTER 13 TRUSTEE
200 North Congress St., Suite 400
Jackson, MS 39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Torri Parker Martin., do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Notice of the following, all by electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

Thomas Carl Rollins, Jr., Esq.
trollins@therollinsfirm.com

Carrington Mortgage Services, LLC
1600 South Douglas Rd.
Anaheim, CA 92806

Carrington Mortgage Services, LLC
P.O. Box 3730
Anaheim, CA 92806

Underwood Law Firm PLLC
P.O. Box 1874
Madison. MS 39130

Gary Carnell Holman
284 Walnut Street
Macon, MS 3341

DATED: November 20, 2025

/s/ Torri Parker Martin
Torri Parker Martin