

**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: December 16, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 13:

GARY CARNELL HOLMAN                                       CASE NO. 20-02369-JAW

### ORDER DECLARING POST PETITION ARREARAGE CLAIMS OF CARRINGTON MORTGAGE SERVICES, LLC PAID VIA THE PLAN AS CURRENT AS OF THE COMPLETION OF THE PLAN

**THIS MATTER** came before the Court on Trustee's Motion Declaring mortgage and or arrearage claim filed by Carrington Mortgage Services, LLC current upon the completion of the plan (Docket #81). Thus, having fully considered the matter and finding no response filed, the Court does hereby find that the Debtor pre-petition arrearage balance paid via the plan were all paid as required by the plan and the creditor's Proof of claim filed in the case.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion is hereby granted. The Debtor's

pre-petition arrearage amount due has been satisfied and all defaults have been cured pursuant to the Proof of Claim filed.

##END OF ORDER##

SUBMITTED BY:

/s/ Torri Parker Martin
TORRI PARKER MARTIN
CHAPTER 13 TRUSTEE
200 North Congress St., Suite 400
Jackson, MS 39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com