United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 20-02369-JAW
Gary Carnell Holman     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Dec 31, 2025     Form ID: 3180W     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Carnell Holman, 284 Walnut St, Macon, MS 39341-2730 |
| 4931366 | + | 1st Franklin, 3189 E Hwy 45 N, Columbus, MS 39705-1251 |
| 4931369 | + | Baptist Memorial Hospi, 2520 Fifth St N, Columbus, MS 39705-2095 |
| 4931998 | + | Deutsche Bank National Trust Company, c/o Charles Frank Fair Barbour, Underwood Law Firm PLLC, P.O. Box 16852, Jackson, MS 39236-6852 |
| 4931374 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 5023609 | + | KING LOAN SERVICES, INC - FKA -, UNITED CREDIT CORP OF LOUISVILLE, 2400 N. HILL STREET SUITE C, MERIDIAN, MS 39305-2661 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 01 2026 00:26:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jan 01 2026 00:26:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 31 2025 19:25:00 | Carrington Mortgage Service, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 4942976 | + | Email/Text: bankruptcy@1ffc.com | Dec 31 2025 19:26:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa, GA 30577-0880 |
| 4933160 | | EDI: GMACFS.COM | Jan 01 2026 00:26:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 4931367 | + | EDI: GMACFS.COM | Jan 01 2026 00:26:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 4931368 | | EDI: AIS.COM | Jan 01 2026 00:26:00 | American Infosource, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 4931370 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 31 2025 19:25:00 | Carrington Mortgage, 15 Enterprise St, Aliso Viejo, CA 92656 |
| 4947237 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 31 2025 19:25:00 | Deutsche Bank National Trust Company, as Indenture, Carrington Mortgage Services, LLC, 1600 South Douglass Rd., Anaheim, CA 92806 |
| 4937489 | + | Email/Text: FSBank@franklinservice.com | Dec 31 2025 19:26:00 | Columbus Urology, c/o Franklin Collection Service, PO Box 3910, Tupelo, MS 38803-3910 |
| 4931371 | | EDI: WFNNB.COM | Jan 01 2026 00:26:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |
| 4931372 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: 3180W | Total Noticed: 28 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Dec 31 2025 19:28:57 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 4931373 | EDI: DIRECTV.COM | Jan 01 2026 00:26:00 | Directv, PO Box 78626, Phoenix, AZ 85062-8626 |
| 4931375 | + Email/Text: FSBank@franklinservice.com | Dec 31 2025 19:26:00 | Franklin Collection, P.O. Box 3910, Tupelo, MS 38803-3910 |
| 5134797 | + Email/Text: bankruptcy@mdes.ms.gov | Dec 31 2025 19:26:00 | MS Department of Employment Security, PO Box 1699, Jakson, MS 39215-1699 |
| 4931377 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 31 2025 19:26:00 | Midland Credit Managem, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 4952495 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 31 2025 19:26:00 | Midland Funding LLC, Midland Credit Management, Inc. as agent, Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4931378 | EDI: AGFINANCE.COM | Jan 01 2026 00:26:00 | One Main Financial, 1425 Lakeland Dr, Ste 120A, Jackson, MS 39216-4725 |
| 4931379 | EDI: PRA.COM | Jan 01 2026 00:26:00 | Portfolio Recovery, PO Box 12914, Norfolk, VA 23541 |
| 4945489 | EDI: PRA.COM | Jan 01 2026 00:26:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4932701 | Email/Text: bankruptcy@republicfinance.com | Dec 31 2025 19:26:00 | Republic Finance, Republic Finance, LLC, 282 Tower Rd, Ponchatoula, La 70454 |
| 4931381 | + Email/Text: bankruptcy@webbank.com | Dec 31 2025 19:26:00 | Webbank, 215 S State St, Ste 1000, Salt Lake Cit, UT 84111-2336 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Indenture |
| 4931376 | ##+ | Mashell Holman, 9 Elmore St, Columbus, MS 39702-7398 |
| 4931380 | ## | Republic Finance, PO Box 263, Brookhaven, MS 39602-0263 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 02, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Frank Fair Barbour | |

District/off: 0538-3     User: mssbad     Page 3 of 3
Date Rcvd: Dec 31, 2025     Form ID: 3180W     Total Noticed: 28

on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-3 cbarbour@underwoodlawfirm.com, bankruptcies@underwoodlawfirm.com

Semoune L Ellis

on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com

Thomas Carl Rollins, Jr

on behalf of Debtor Gary Carnell Holman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Gary Carnell Holman** | | Social Security number or ITIN | xxx–xx–1457 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | | |
| Case number: **20–02369–JAW** | | | | |

## Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Gary Carnell Holman**
aka Gary Carroll Holman, aka Gary C Holman

Dated: 12/31/25                                    **By the court:**      /s/Jamie A. Wilson
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**